IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CONVOY LOGISTICS, LLC an Arkansas limited liability company                    PLAINTIFF

V.                     Case No. 1:19-cv-01046-SOH

CONVOY, INC., a Delaware corporation                    DEFENDANT

## ANSWER TO COMPLAINT

Comes now Defendant, designated by Plaintiff as "Convoy, Inc., a Delaware corporation", and for its Answer to the Complaint of the Plaintiff, states:

1. As to Paragraph 1, this Defendant only admits this is a claim.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 4, and therefore denies those allegations.

5. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 5, and therefore denies those allegations.

6. Paragraph 6 is denied.

7. As to Paragraph 7, this Defendant is without sufficient information to admit or deny "upon information and belief" and therefore denies Paragraph 7.

8. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 8, and therefore denies those allegations.

9. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 9, and therefore denies those allegations.

10. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 10, and therefore denies those allegations.

11. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 11, and therefore denies those allegations.

12. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 12, and therefore denies those allegations.

13. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 13, and therefore denies those allegations.

14. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 14, and therefore denies those allegations.

15. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 15, and therefore denies those allegations.

16. This Defendant is without sufficient information to admit or deny the allegations of Paragraph 16, and therefore denies those allegations.

17. Paragraph 17 is denied.

18. Paragraph 18 is denied.

19. Paragraph 19 is denied.

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

24. Paragraph 24 is denied.

25. In response to Paragraph 25, this Defendant adopts and reaffirms all matters pled by it in response to Paragraphs 1-24 above.

26. Paragraph 26 is denied.

27. Paragraph 27 is denied.

28. Paragraph 28 is denied.

29. Paragraph 29 is denied.

30. Paragraph 30 is denied.

31. Paragraph 31 appears to contain a typographical error, but in any event it is denied.

32. In response to Paragraph 32, this Defendant adopts and reaffirms all matters pled by it in response to Paragraphs 1-31 above.

33. Paragraph 33 is denied.

34. Paragraph 34 is denied.

35. Paragraph 35 is denied.

36. Paragraph 36 is denied.

37. Paragraph 37 is denied.

38. In response to Paragraph 38, this Defendant adopts and reaffirms all matters pled by it in response to Paragraphs 1-37 above.

39. Paragraph 39 in denied.

40. Paragraph 40 is denied.

41. Paragraph 41 is denied.

42. Paragraphs renumbered as 1, 2, 3, 4, 5, 6, and 7 are all denied.

43. This Defendant reserves the right to plead further.

44. This Defendant pleads insufficiency of process and insufficiency of service of process.

45. This Defendant pleads the applicability of Arkansas Rule of Civil Procedure Rule 12(b) and 12(h)(2).

46. All allegations of the Complaint not specifically admitted are denied.

47. This Defendant requests a trial by jury.

WHEREFORE, Defendant, designated by Plaintiff as "Convoy, Inc., a Delaware corporation", prays that the Complaint of the Plaintiff be dismissed, for its costs and fees where allowed and all other proper relief.

Respectfully submitted,

James M. Simpson, Ark. Bar No. 77125
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3522
501-370-1520 - Telephone
501-376-2147 - Facsimile
simpson@fridayfirm.com - Email

By: _____
James M. Simpson

## CERTIFICATE OF SERVICE

I, James M. Simpson, hereby certify that a copy of the foregoing has been served upon the following counsel of record on this 12th day of November, 2019:

Robert Gibson
STREETMAN & GIBSON, PLLC
302 Main St.
P.O. Drawer A
Crossett, AR 71635

Todd Nelson
Scott Zingerman
David Woodral
GABLEGOTWALS
1100 ONEOK Plaza
100 W. 5th St.
Tulsa, OK 74103

_____
James M. Simpson