IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CONVOY LOGISTICS, LLC                                                                 PLAINTIFF

v.                                    Case No. 1:19-cv-1046

CONVOY, INC.                                                                          DEFENDANT

## ORDER

Before the Court is the Motion of James M. Simpson to Withdraw as Counsel for Convoy, Inc. (ECF 22). Mr. Simpson seeks to be relieved as attorney of record in the above styled and numbered case. Mr. Simpson states that Convoy, Inc. continues to be represented by Jennifer Doan and Randy Roeser of Halton & Doan.

Upon consideration, the Court finds that the motion (ECF No. 22) should be and hereby is **GRANTED**. Mr. Simpson is hereby relieved as attorney of record for Convoy, Inc. The Clerk is **DIRECTED** to remove Mr. Simpson from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 13th day of December, 2019.

                                          /s/ Susan O. Hickey
                                          Hon. Susan O. Hickey
                                          Chief United States District Judge