UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**CONVOY LOGISTICS, LLC**                                                                                  **PLAINTIFF**

**V.**                                **CASE NO. 1:19-CV-1046**

**CONVOY, INC.**                                                                                                 **DEFENDANT**


**DEFENDANT CONVOY, INC.'S MOTION FOR LEAVE TO FILE
AMENDED ANSWER TO COMPLAINT AND DEFENSES**

Pursuant to Federal Rule of Civil Procedure 15, Local Rule 5.5(e) and the Court's Final Scheduling Order [Dkt. No. 30], Defendant Convoy, Inc. respectfully requests that the Court grant it leave to amend its previously filed Answer to Plaintiff's Complaint. *See* Dkt. No. 14. A copy of the proposed Amended Answer is attached as Exhibit A.

"The Federal Rules of Civil Procedure liberally permit amendments to pleadings." *Dennis v. Dillard Dep't Stores, Inc.*, 207 F.3d 523, 525 (8th Cir. 2000). Rule 15 states "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15. "[T]his mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "A district court can refuse to grant leave to amend a pleading **_only_** where it will result in 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment.'" *Dennis*, 207 F.3d at 525 (quoting *Forman*, 371 U.S. at 182) (emphasis added).

Here, the permissible reasons for refusing leave are not present, and Plaintiff will not be prejudiced by an amended answer. Instead, the Court should grant leave to amend because this case is in its early stages and the parties are still conducting discovery to solidify their pleadings and claims. *Gall v. Vinton*, No. CV 08-5193, 2008 WL 11337626, at *2 (W.D. Ark. Oct. 2, 2008).

To date, no depositions have been noticed and the first written discovery responses are not due until September 30, 2020. Moreover, the Court's final scheduling order permits the filing of motions to amend pleadings up to December 9, 2020. *See* Dkt. No. 30 at 1 ("Motions to amend pleadings or to join other parties must be filed no later than 60 days before the close of discovery, unless good cause is shown for delay.").

Finally, justice requires the Court to grant Convoy, Inc. leave to amend its Answer to Complaint because Convoy, Inc. seeks to timely cure and clarify its previously filed answer—an answer filed by Convoy, Inc.'s prior counsel—and to more thoroughly assert its defenses known to date. This amendment is well within the parameters of the Court's scheduling order and is being sought before substantive litigation has happened in the case. Convoy, Inc. has met and conferred with Plaintiff, and Plaintiff opposes the filing of an amended answer, despite the deadline to file amended pleadings is roughly three (3) months away.

For all these reasons, Convoy, Inc. respectfully requests the Court grant its Motion for Leave to File Amended Answer to Complaint and Defenses.

Respectfully submitted,

/s/ *Jennifer H. Doan*
Jennifer H. Doan
AR Bar No. 96063
J. Randy Roeser
AR Bar No. 2016084
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile: 903.255.0800
Email: jdoan@haltomdoan.com
Email: rroeser@haltomdoan.com

William Cheever Rava (admitted pro hac vice)
Washington Bar No. 29948
Kirstin E. Larson (admitted pro hac vice)
Washington Bar No. 31272
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-6338
Facsimile: (206) 359-7338
Email: wrava@perkinscoie.com
Email: klarson@perkinscoie.com

**ATTORNEYS FOR DEFENDANT
CONVOY, INC**.

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 11th day of September 2020.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

      The undersigned certifies that on September 11, 2020, counsel for Convoy, Inc. met and conferred with counsel for Plaintiff. Plaintiff is opposed to the above-requested relief.

                                        */s/ Jennifer H. Doan*
                                        Jennifer H. Doan