UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**CONVOY LOGISTICS, LLC**                                                                                         **PLAINTIFF**

V.                                                **CASE NO. 1:19-CV-1046**

**CONVOY, INC.**                                                                                                       **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Convoy Logistics, LLC ("Convoy Logistics") and Defendant Convoy, Inc. ("Convoy") (together, "the Parties"), notify the Court that they have finalized their agreement settling matters in controversy between them. Accordingly, Convoy Logistics and Convoy stipulate that any and all claims by Convoy Logistics against Convoy shall be dismissed with prejudice.

For this reason, Convoy Logistics and Convoy ask that the Court enter the Parties' proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Todd A. Nelson* | /s/ *Jennifer H. Doan* |
| Phillip A. Stone | Jennifer H. Doan |
| AR Bar No. 2009069 | AR Bar No. 96063 |
| 315 E. Main | J. Randy Roeser |
| El Dorado, AR 71730 | AR Bar No. 2016084 |
| Telephone: (870) 862-5565 | HALTOM & DOAN |
| Facsimile: (870) 863-5889 | 6500 Summerhill Road, Suite 100 |
| E-Mail: pstone@southaklaw.com | Texarkana, TX 75503 |
| | Telephone: (903) 255.1000 |
| Todd A. Nelson (admitted pro hac vice) | Facsimile: (903) 255.0800 |
| OBA# 15317 | Email: jdoan@haltomdoan.com |
| Scott R. Zingerman (admitted pro hac vice) | Email: rroeser@haltomdoan.com |
| OBA# 14342 | |
| David G. Woodral (admitted pro hac vice) | **ATTORNEYS FOR DEFENDANT** |
| OBA# 21561 | **CONVOY, INC**. |
| GABLEGOTWALS | |
| 110 North Elgin Avenue, Suite 200 | |
| Tulsa, OK 74120-1495 | |
| Telephone: (918) 595-4800 | |
| Facsimile: (918) 595-4990 | |
| Email: tnelson@gablelaw.com | |
| Email: szingerman@gablelaw.com | |
| Email: dwoodral@gablelaw.com | |

**ATTORNEYS FOR PLAINTIFF
CONVOY LOGISTICS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 29th day of July, 2021.

                                                       */s/ Todd A. Nelson*
                                                       Todd A. Nelson